JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

OSCAR A.,

       Plaintiff,

   v.

FRANK BISIGNANO,
Commissioner of Social Security,

       Defendant.

Case No. 5:25-cv-03004-KES

**JUDGMENT**

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner is AFFIRMED.

DATED: June 17, 2026

_Karen E. Scott_

KAREN E. SCOTT
United States Magistrate Judge

1